Decided September 18, 1996

## STATE OF CONNECTICUT *v.* VICTOR TORRES

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 41 Conn. App. 495 (AC 14279), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the evidence was insufficient to support the conviction of the defendant of conspiracy to commit murder?"

The Supreme Court docket number is SC 15513.

*Harry Weller*, assistant state's attorney, in support of the petition.

*Susan M. Hankins*, assistant public defender, in opposition.

Decided September 18, 1996